464

The SOUND MARINE & MACHINE COR-
PORATION,     Libellant-Appellant,     v.
WESTCHESTER  COUNTY,  Respondent-
Appellee.

No. 210.

Circuit Court of Appeals, Second Circuit.

April 22, 1943.

James H. Hickey, of New York City, for appellant.

William A. Davidson, Co. Atty., of White Plains, N. Y. (Frank J. Claydon, Asst. Co. Atty., of White Plains, N. Y., of counsel), for appellee.

Before SWAN, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

Decree affirmed on opinion below, 45 F. Supp. 980.

Sue D. KAUZ, Appellant, v. UNITED
STATES of America, Appellee.

No. 10424.

Circuit Court of Appeals, Fifth Circuit.

May 5, 1943.

Before HUTCHESON, HOLMES, and McCORD, Circuit Judges.

Edwin H. Grace, of New Orleans, La., and Allen Clements, of Miami, Fla., for appellant.

H. S. Phillips, U. S. Atty., of Tampa, Fla., and Ernest L. Duhaime, Asst. U. S. Atty., of Miami, Fla., for appellee.

PER CURIAM.

A careful examination of the record disclosing no reversible error, the judgment is affirmed.

Sue D. KAUZ, Appellant, v. UNITED
STATES of America, Appellee.

No. 10425.

Circuit Court of Appeals, Fifth Circuit.

May 5, 1943.

Before HUTCHESON, HOLMES, and McCORD, Circuit Judges.

Edwin H. Grace, of New Orleans, La., and Allen Clements, of Miami, Fla., for appellant.

H. S. Phillips, U. S. Atty., of Tampa, Fla., and Ernest L. Duhaime, Asst. U. S. Atty., of Miami, Fla., for appellee.

PER CURIAM.

A careful examination of the record disclosing no reversible error, the judgment is affirmed.

UNITED STATES of America v. Nick
FALBO, Appellant.

No. 8233.

Circuit Court of Appeals, Third Circuit.

Argued April 5, 1943.

Decided May 16, 1943.

Writ of Certiorari Granted June 21, 1943.

See —— U.S. ——, 63 S.Ct. 1448, 87 L.Ed. ——.

Victor F. Schmidt, of Middletown, Ohio (P. K. Jones, of New Kensington, Pa., on the brief), for appellant.

George Mashank, Asst. U. S. Atty., of Pittsburgh, Pa. (Charles F. Uhl, U. S. Atty., of Pittsburgh, Pa., on the brief), for appellee.

Before BIGGS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

The judgment is affirmed upon the authority of United States v. Grieme, 3 Cir., 128 F.2d 811.